AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DIANE BUCY,**

        **Plaintiff,**

        **JUDGMENT IN A CIVIL CASE**

**vs.**

        **CASE NO. C2-10-1050**
**AURORA LOAN SERVICES,**    **JUDGE EDMUND A. SARGUS, JR.**
**LLC, et al.,**    **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendants.**

____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

   **Pursuant to the Opinion and Order filed March 18, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 18, 2011        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk